IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW RUDIN, M.D.,<br><br>    Defendant. | Cr. No.: 1:23-cr-10028<br><br>18 U.S.C. § 2<br>18 U.S.C. § 1035 |

## NOTICE OF PENALTIES

### COUNT 1

NMT 5 years' imprisonment, NMT $250,000 fine, or both, and NLT 3 years of supervised release; mandatory restitution, together with a mandatory special assessment of $100.00 pursuant to 18 U.S.C. § 3013(a).