# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR. NO. 1:23-cr-10028-JDB-1 |
| ANDREW RUDIN, | ) | |
| Defendant. | ) | |

## ORDER ON GUILTY PLEA
## AND NOTICE OF SETTING

This cause came to be heard on March 22, 2023, U.S. Department of Justice Attorney, Katherine Payerle, appearing for the Government and the defendant, Andrew Rudin, appearing in person, and with counsel, Nishay Sanan.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **July 6, 2023 at 10:30 A.M., before Judge J. Daniel Breen.**

The defendant is to remain on current bond.

**ENTERED** this the 22nd day of March, 2023.

s/ J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE