# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:23-cr-10028 |
| | ) | |
| ANDREW RUDIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO RESET SENTENCING DATE AS TO DR. RUDIN

Now Comes the Defendant, ANDREW RUDIN, by and through his counsel, Nishay K. Sanan, Esq., and moves this Court to Reset the Sentencing Date, in support thereof, Dr. Rudin states as follows:

1. This cause for Andrew Rudin is set for sentencing on July 6, 2023 @ 10:30 AM, in Jackson, Tennessee.

2. This will be the first time the sentencing is before this Court as the matter had originally been before part of a larger matter that was transferred to the Memphis division and then brought back to this Court via information and a plea of guilty.

3. Counsel for Dr. Rudin, now has a personal family conflict on July 6, 2023, and is therefore requesting a continuance. Counsel is therefore filing this motion upon learning of the conflict and reaching out to the parties expeditiously.

4. Counsel for Dr. Rudin has spoken to the attorney from DOJ, and they do not object to the continuance as long as the matter can be set for the week of August 14, 2023.

5. Counsel is also available that week other than August 16, 2023.

6. Counsel has advised the preparer of the PSI report of this request as well.

7. Counsel is not asking for a long delay but is also coordinating with the attorney from DOJ, who is also traveling from out of town for the sentencing and her trial schedule.

8. Counsel and Dr. Rudin do not make this motion to cause a delay in this matter. Dr. Rudin, in fact, wishes to pursue this matter expeditiously.

**WHEREFORE**, the defendant, Andrew Rudin, requests that this Court grant his Motion to Reset the Sentencing date to the week of August 14, 2023, other than August 16th.

Respectfully Submitted,
/s/ Nishay K. Sanan
Nishay K. Sanan
Attorney for Defendant
53 W. Jackson Blvd.
Suite 1424
Chicago, IL 60604
312-692-0360
nsanan@aol.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on June 13, 2023.

__/s/ Nishay Sanan_____

Case 1:23-cr-10028-JDB   Document 7   Filed 06/13/23   Page 3 of 3   PageID 37