# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No.: 1:23-cr-10028-JDB |
| ) | |
| vs. ) | |
| ) | |
| ANDREW RUDIN, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SUBMISSION OF SENTENCING MATERIALS

The government has reviewed the PSR and the Defendant's Sentencing Memorandum and Objections. The government does not have any objections to the PSR. To facilitate a brief oral presentation at the sentencing hearing scheduled for Wednesday, November 29, 2023 in this matter, the Government respectfully submits the following exhibits, which it expects to discuss at that hearing.

| Exhibit Number | Description |
|---|---|
| 1 | Email exchange between Kristie Gutgsell and Andrew Rudin re: signed contract |
| 2 | Text messages between Jeffrey Young and Andrew Rudin, recovered from Jeffrey Young's phone |
| 3 | Text messages between Kristie Gutgsell and Andrew Rudin via Facebook Messenger |
| 4 | Text Messages between Kristie Gutgsell and Jeffrey Young |
| 5 | Transcript of testimony of Kristie Gutgsell at the trial of Jeffrey Young |
| 6 | Re-tweet of Opioid Crisis Article from Andrew Rudin's Twitter Account |
| 7 | Tweet by Andrew Rudin from Andrew Rudin's Twitter Account |
| 8 | Prescriptions recovered from Phipps Pharmacy |

Respectfully submitted,

/s/ Katherine Payerle
Katherine Payerle
Assistant Chief
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed through ECF on November 27, 2023.

 /s/ Katherine Payerle
Katherine Payerle
Assistant Chief
