

# Application (Facebook messenger)

| # | Chats\Private\707196432 | |
|---|---|---|
| 1 | **Direction:** | 🔸 Incoming message |
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:44:56 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ttyl |
| | **ID:** | mid.1484174696786:cec5a31766 |
| 2 | **Direction:** | 🔸 Incoming message |
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:41:39 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | About what |
| | **ID:** | mid.1484174499753:822a640656 |

Oxygen Forensic® Detective - 9.1.1.93

| 3 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:41:21 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I know. I'm sure they will call you. |
| | **ID:** | mid.1484174481883:cd43a5ea81 |

| 4 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:40:12 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Lord |
| | **ID:** | mid.1484174412411:b686546c16 |

| 5 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:39:50 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | K |
| | **ID:** | mid.1484174390209:f964147401 |

| 6 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:39:43 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I can't. The DEA is here. We are being raided being raided. |
| | **ID:** | mid.1484174383281:7ac2c33684 |

| 7 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 01/11/2017 04:38:47 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Call me 9177702060 |
| | **ID:** | mid.1484174327327:f2b54f7774 |

| 8 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/21/2016 05:24:01 PM |
| | **Remote party:** | Andrew Rudin |
| | **ID:** | mid.1482362641700:a35c2e5587 |

| 9 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/21/2016 05:23:54 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok love |
| | **ID:** | mid.1482362634458:8080302430 |

Oxygen Forensic® Detective - 9.1.1.93

| 10 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 05:23:19 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Jeez |
| | ID: | mid.1482362599260:b2e4145515 |

| 11 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 05:23:16 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Tell JYII to answer my texts |
| | ID: | mid.1482362596439:6e32ac0083 |

| 12 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 02:45:57 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Or overnight? |
| | ID: | mid.1482353157900:e66fc76087 |

| 13 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 02:45:51 PM |
| | Remote party: | Andrew Rudin |
| | Text: | What is an address we can fedex to tomorrow? |
| | ID: | mid.1482353151109:72fa6da566 |

| 14 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 12:17:37 PM |
| | Remote party: | Andrew Rudin |
| | Text: | K |
| | ID: | mid.1482344257039:9be971e646 |

| 15 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 12:17:26 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Can you sign something & email back? Today? |
| | ID: | mid.1482344246116:5162284315 |

| 16 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 12/21/2016 12:16:39 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Andyrudin@yahoo.com |
| | ID: | mid.1482344199354:f64d34c185 |

Oxygen Forensic® Detective - 9.1.1.93

| 17 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/21/2016 12:04:00 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | What's your email? |
| | **ID:** | mid.1482343440059:7d803af177 |

| 18 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/01/2016 05:01:14 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | 162 Murray Guard Suite B<br>Jackson, TN 38305<br>731-300-0044<br>Preventagenix |
| | **ID:** | mid.1480633274928:891e6f5495 |

| 19 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/01/2016 04:59:48 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Text me address and phone to fedex back this stuff |
| | **ID:** | mid.1480633188733:6f122ea590 |

| 20 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 12/01/2016 04:58:26 PM |
| | **Remote party:** | Andrew Rudin |
| | **ID:** | mid.1480633106346:ccf79bc544 |

| 21 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/29/2016 03:54:30 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I guess I'm gonna have to pimp one of my girls out to you give you an incentive to fed ex back! |
| | **ID:** | mid.1480456470158:83e7381697 |

| 22 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/29/2016 03:13:55 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Today is terrible |
| | **ID:** | mid.1480454035327:e244c94c95 |

| 23 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/29/2016 03:13:49 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Sorry....ive been so swamped...i will by tommorrow...promise |
| | **ID:** | mid.1480454029463:2d209afd90 |

Oxygen Forensic® Detective - 9.1.1.93

| 24 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/29/2016 03:13:27 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Did you fed ex stuff? |
| | **ID:** | mid.1480454007720:f92c82aa38 |

| 25 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/28/2016 02:38:33 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok |
| | **ID:** | mid.1480365513814:9f44b3a764 |

| 26 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/28/2016 02:34:15 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | When will you fed ex stuff back...<br>I also have more stuff for you to sign for Credentialing & home health. |
| | **ID:** | mid.1480365255566:1be7318650 |

| 27 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/23/2016 06:50:12 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | K |
| | **ID:** | mid.1479905412987:b747cdbc98 |

| 28 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/23/2016 06:49:08 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Can you please, please fed ex that stuff back? |
| | **ID:** | mid.1479905348283:b3ee497d74 |

| 29 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/15/2016 05:42:01 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Thanks |
| | **ID:** | mid.1479253321259:37a2f7fc59 |

| 30 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/15/2016 05:35:57 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Been swamped....will try tommorrow |
| | **ID:** | mid.1479252957816:36ffe17f07 |

Oxygen Forensic® Detective - 9.1.1.93

| 31 | Direction: | 🔄 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/15/2016 05:35:41 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Soon |
| | ID: | mid.1479252941161:1bc2211247 |

| 32 | Direction: | ➤ Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/15/2016 04:42:50 PM |
| | Remote party: | Andrew Rudin |
| | Text: | When will you be able to fed ex my package back? |
| | ID: | mid.1479249770138:f3d2b00d08 |

| 33 | Direction: | ➤ Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/10/2016 12:54:45 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Yay! When do you think you will send back? |
| | ID: | mid.1478804085427:649c2cbe35 |

| 34 | Direction: | 🔄 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/10/2016 12:10:13 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Got the package and check...thx! |
| | ID: | mid.1478801413170:dc5fab7425 |

| 35 | Direction: | 🔄 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 02:50:35 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok |
| | ID: | mid.1478638235737:d7045c9d39 |

| 36 | Direction: | ➤ Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 02:42:07 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thursday by 3. They wouldn't let me include shipping label unless I have an account. I'll set up an account for next time. I included $22 bucks for you to ship back also. |
| | ID: | mid.1478637727418:0bbde56928 |

| 37 | Direction: | 🔄 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 02:02:12 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok great |
| | ID: | mid.1478635332222:012b3f8d74 |

| 38 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:56:00 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Damn |
| | ID: | mid.1478634960581:0bf83cd535 |

| 39 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:55:57 PM |
| | Remote party: | Andrew Rudin |
| | Text: | One day... |
| | ID: | mid.1478634957335:4044a80475 |

| 40 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:53:06 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I'm hoping for one. I'm on way now. I'll let you know for sure. |
| | ID: | mid.1478634786044:7cc933eb32 |

| 41 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:52:27 PM |
| | Remote party: | Andrew Rudin |
| | Text: | One day delivery or two? |
| | ID: | mid.1478634747501:5fb3760f88 |

| 42 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:52:17 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thx!!!! |
| | ID: | mid.1478634737040:e05553ef37 |

| 43 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:39:47 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Putting a check in there also. |
| | ID: | mid.1478633987603:88af9bbb76 |

| 44 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/08/2016 01:39:17 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok |
| | ID: | mid.1478633957956:d56bebee06 |

Oxygen Forensic® Detective - 9.1.1.93

| 45 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/08/2016 01:39:09 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Going now. I highlighted what I need signed. I'm also including a return shipping label. Please put other stuff you already have signed in with it. Thanks. |
| | **ID:** | mid.1478633949382:9811b9cf91 |

| 46 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 02:56:02 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Did u send it |
| | **ID:** | mid.1478552162220:ea32180c90 |

| 47 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 07:03:19 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Thank would be great |
| | **ID:** | mid.1478523799558:7d21a83e47 |

| 48 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 07:03:16 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I'm booked solid til then |
| | **ID:** | mid.1478523796975:ae75337381 |

| 49 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 07:02:59 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Maybe January |
| | **ID:** | mid.1478523779228:26f3846814 |

| 50 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 07:02:22 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Then come on! |
| | **ID:** | mid.1478523742996:f69939a172 |

| 51 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/07/2016 07:02:14 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Idk |
| | **ID:** | mid.1478523734218:e63e734704 |

Oxygen Forensic® Detective - 9.1.1.93

| 52 | Direction: | Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 07:02:02 AM |
| | Remote party: | Andrew Rudin |
| | Text: | What are we waiting on? |
| | ID: | mid.1478523722741:e8bdf72d64 |

| 53 | Direction: | Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:57:08 AM |
| | Remote party: | Andrew Rudin |
| | Text: | I'm ready |
| | ID: | mid.1478523428907:fb5e558c81 |

| 54 | Direction: | Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:47:25 AM |
| | Remote party: | Andrew Rudin |
| | Text: | K |
| | ID: | mid.1478522845359:673905b898 |

| 55 | Direction: | Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:47:16 AM |
| | Remote party: | Andrew Rudin |
| | Text: | You just need to come to TN & work! |
| | ID: | mid.1478522836707:c5ec829f62 |

| 56 | Direction: | Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:47:04 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Thank you! |
| | ID: | mid.1478522824888:8b05c39c40 |

| 57 | Direction: | Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:43:46 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Phone: 6186621680 |
| | ID: | mid.1478522626033:730bba2e73 |

| 58 | Direction: | Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:42:55 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Clay County Hospital<br>Attention Dr Andrew Rudin<br>911 Stacey burk drive<br>Flora ILLINOIS 62839 |
| | ID: | mid.1478522575563:7552a25353 |

Oxygen Forensic® Detective - 9.1.1.93

| 59 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:40:42 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Can I have that address & I will ship today? |
| | ID: | mid.1478522442925:d84452ba76 |

| 60 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:40:08 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Yes |
| | ID: | mid.1478522408185:7949be5500 |

| 61 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 06:05:56 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Will you be in one place for the next few days? |
| | ID: | mid.1478520356969:3578002693 |

| 62 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/07/2016 05:09:31 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Til the end of the year I'm a different place every week basically....you have to let me know when you're ready to send it. Otherwise,  I will not get it. |
| | ID: | mid.1478516971585:8c63b59606 |

| 63 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:33:32 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Lol! Ok, thanks. |
| | ID: | mid.1478223212798:fb72d67e27 |

| 64 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:33:15 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Now u do ;) |
| | ID: | mid.1478223195660:4535682c34 |

| 65 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:33:07 PM |
| | Remote party: | Andrew Rudin |
| | Text: | No...the first was until tommorrow afternoon |
| | ID: | mid.1478223187957:0106e06f30 |

Oxygen Forensic® Detective - 9.1.1.93

| 66 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:32:48 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Oh! I'm sorry... I thought I needed to send it to the second address. |
| | ID: | mid.1478223168366:cd339e6b46 |

| 67 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:32:23 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Next week's address I can get tommorro |
| | ID: | mid.1478223143428:813c4ee557 |

| 68 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:32:13 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I did to where I'm at til tommorrow |
| | ID: | mid.1478223133118:7544482d04 |

| 69 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 07:31:50 PM |
| | Remote party: | Andrew Rudin |
| | Text: | You didn't give me the address. |
| | ID: | mid.1478223110110:8b41867e07 |

| 70 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/03/2016 04:10:05 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Did u send it |
| | ID: | mid.1478211005246:7488fedd33 |

| 71 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 08:48:10 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok. Thanks. Sorry to be so much trouble. |
| | ID: | mid.1478054890054:af09615b55 |

| 72 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 08:30:24 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I have to get the second address tommorrow |
| | ID: | mid.1478053824690:6dcf47e863 |

| 73 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:56:19 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Dang- ok, give me the second address just in case. Why do you travel so much? |
| | **ID:** | mid.1478040979896:6581c65130 |

| 74 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:55:47 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Starting Friday night |
| | **ID:** | mid.1478040947555:e87867e616 |

| 75 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:55:36 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Next week I will be 200 miles away |
| | **ID:** | mid.1478040936558:b644c62805 |

| 76 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:55:21 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Idc...it's up to u |
| | **ID:** | mid.1478040921680:ba99533255 |

| 77 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:55:07 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | For next week |
| | **ID:** | mid.1478040907985:910137dc46 |

| 78 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:55:02 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | If not...I will get a different address |
| | **ID:** | mid.1478040902100:e099f2c358 |

| 79 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 11/01/2016 04:54:56 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok- I can. Would that be best? |
| | **ID:** | mid.1478040896706:a20f900276 |

| 80 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 04:54:47 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Are u overnighting? |
| | ID: | mid.1478040887291:e6e20fed17 |

| 81 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 04:54:22 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I leave here Friday afternoon... |
| | ID: | mid.1478040862506:5e05c7a072 |

| 82 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 04:53:51 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Sorry- crazy day. I didn't get it out today. I will tomorrow. |
| | ID: | mid.1478040831062:4da0a02607 |

| 83 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 12:17:34 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I need to know when it's being delievered |
| | ID: | mid.1478024254607:27132d0d98 |

| 84 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 10:45:34 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Are u mailing overnight shipping? |
| | ID: | mid.1478018734060:3555953022 |

| 85 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 10:08:06 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Thanks |
| | ID: | mid.1478016486112:c073294099 |

| 86 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 06:44:06 AM |
| | Remote party: | Andrew Rudin |
| | Text: | 2250 north Illinois Avenue Carbondale IL 62901 618-833-1691<br>Andrew Rudin MD<br>Integritas Physicians |
| | ID: | mid.1478004246638:0ab3385954 |

Oxygen Forensic® Detective - 9.1.1.93

| 87 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 06:16:28 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Oh....gimme a few min....I will get u an address |
| | ID: | mid.1478002588189:4092dff238 |

| 88 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 05:55:19 AM |
| | Remote party: | Andrew Rudin |
| | Text: | I will fed ex today & include the return label so you can fedex back... |
| | ID: | mid.1478001319447:c02536e164 |

| 89 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 05:52:34 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Depends when...I'm in anna illinois til Friday then flora....I will give u address when ur ready |
| | ID: | mid.1478001154243:cc03743a78 |

| 90 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 11/01/2016 04:48:12 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Not yet, just got it all together. Where do you want me to mail it to? |
| | ID: | mid.1477997292156:4490c81774 |

| 91 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/31/2016 09:29:22 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Where? |
| | ID: | mid.1477970962788:1ec0a7fb01 |

| 92 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/31/2016 09:29:19 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Did u Mail the new stuff to me yet? |
| | ID: | mid.1477970959920:b031b0d421 |

| 93 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:05:41 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Thanks! |
| | ID: | mid.1477667141780:e4e2478f37 |

Oxygen Forensic® Detective - 9.1.1.93

| 94 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:03:49 AM |
| | Remote party: | Andrew Rudin |
| | ID: | mid.1477667029187:680b672c30 |

| 95 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:03:30 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok thanks love! |
| | ID: | mid.1477667010871:b96a3e5d59 |

| 96 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:03:12 AM |
| | Remote party: | Andrew Rudin |
| | Text: | I think in car |
| | ID: | mid.1477666992716:e69333d621 |

| 97 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:03:05 AM |
| | Remote party: | Andrew Rudin |
| | Text: | I'm in bfe |
| | ID: | mid.1477666985236:05f5702793 |

| 98 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:03:03 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Do you have them? |
| | ID: | mid.1477666983106:3f057ee159 |

| 99 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:02:56 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Sorry |
| | ID: | mid.1477666976198:0affea9530 |

| 100 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:02:51 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Yes |
| | ID: | mid.1477666971688:e932a1c469 |

| 101 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/28/2016 09:02:35 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Hey- Madison overnighted you home health forms to sign about a month ago.... Can you please sign & send back?? |
| | ID: | mid.1477666955582:74a3b4f849 |

| 102 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 08:00:34 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Yw |
| | ID: | mid.1477620034089:15ceede584 |

| 103 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 07:52:20 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thank you! |
| | ID: | mid.1477619540956:1176a8d531 |

| 104 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:31:19 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thx |
| | ID: | mid.1477614679829:717805ef21 |

| 105 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:31:10 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Perfect, thanks. I'll mail you money too! |
| | ID: | mid.1477614670047:2e2c3e4959 |

| 106 | Direction: | 🟡 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:30:49 PM |
| | Remote party: | Andrew Rudin |
| | Text: | K |
| | ID: | mid.1477614649264:377f886002 |

| 107 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:30:42 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I will... Not supposed to, but I will. You cool with that? |
| | ID: | mid.1477614642389:0b00da6414 |

| 108 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:30:29 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Til end dec |
| | ID: | mid.1477614629907:d419d3c779 |

| 109 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:30:22 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I'm working 24 7 |
| | ID: | mid.1477614622467:9260d6e282 |

| 110 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:30:17 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Can't u fedex |
| | ID: | mid.1477614617158:5299342e05 |

| 111 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 10/27/2016 06:29:49 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I've got to fly you down here to sign off on some charts, ASAP!!!!! Pretty please!!!!! |
| | ID: | mid.1477614589398:cc6e694755 |

| 112 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/29/2016 03:24:37 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thanks |
| | ID: | mid.1475184277304:77d4cb8dd202ef8d09 |

| 113 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/29/2016 03:20:54 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Is fine |
| | ID: | mid.1475184054194:cf25e78445d0360518 |

| 114 | Direction: | 🔶 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/29/2016 03:20:50 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Either |
| | ID: | mid.1475184050835:cf25e784b669474d14 |

Oxygen Forensic® Detective - 9.1.1.93

| 115 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/29/2016 03:20:48 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Island |
| | ID: | mid.1475184048742:cf25e78442bdf21c31 |

| 116 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/29/2016 03:20:45 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Or my office in rock islans |
| | ID: | mid.1475184045990:cf25e784b8b2cf7f44 |

| 117 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/29/2016 03:20:38 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Mail to 3926 w touhy Ave 357 Lincolnwood IL 60712 |
| | ID: | mid.1475184038533:cf25e784abde572952 |

| 118 | Direction: | 🔵 Outgoing message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/29/2016 03:19:27 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Where do I need to mail stuff for you to sign? |
| | ID: | mid.1475183967539:10a6c05a71b5d7ab51 |

| 119 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/16/2016 11:48:31 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Thx!! |
| | ID: | mid.1474048111389:3800592bd202ef8d90 |

| 120 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/16/2016 11:42:28 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Text her today please |
| | ID: | mid.1474047748368:38e35df342bdf21c50 |

| 121 | Direction: | 🟠 Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 09/16/2016 11:42:21 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Thx |
| | ID: | mid.1474047741097:38e35df326d65adc04 |

| 122 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/16/2016 11:41:23 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Absolutely |
| | ID: | mid.1474047683781:1bde3e6542bdf21c23 |

| 123 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/16/2016 11:27:37 AM |
| | Remote party: | Andrew Rudin |
| | ID: | mid.1474046857539:da56452cd54de8b786 |

| 124 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/16/2016 11:27:13 AM |
| | Remote party: | Andrew Rudin |
| | Text: | It has to be on the hospital form |
| | ID: | mid.1474046833197:5106c774dcd967bf28 |

| 125 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 09/16/2016 11:26:50 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Can u do another recommendation for me |
| | ID: | mid.1474046810192:5106c77426d65adc21 |

| 126 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/19/2016 03:04:23 PM |
| | Remote party: | Andrew Rudin |
| | ID: | mid.1471640663533:ea68a4ac3250a88862 |

| 127 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/19/2016 03:04:02 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thx |
| | ID: | mid.1471640642550:3db571baa2681b0257 |

| 128 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/19/2016 03:03:52 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Mailed! |
| | ID: | mid.1471640632561:51f064e4abde572989 |

| 129 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/19/2016 09:41:23 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Rock island |
| | **ID:** | mid.1471621283618:12efaa835867266199 |

| 130 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/19/2016 09:41:17 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Office |
| | **ID:** | mid.1471621277150:12efaa83b669474d16 |

| 131 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/19/2016 09:40:43 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Application packet is huge... Where do you want me to mail it to? |
| | **ID:** | mid.1471621243185:50b22b10cfb5ffe992 |

| 132 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/19/2016 09:40:21 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Hey |
| | **ID:** | mid.1471621221122:50b22b10a2681b0239 |

| 133 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:59:57 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Me too |
| | **ID:** | mid.1471481997160:bc731045acb3933026 |

| 134 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:59:54 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Most days. |
| | **ID:** | mid.1471481994108:85e9e24b2f6016f708 |

| 135 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:59:47 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | But I love him! |
| | **ID:** | mid.1471481987244:85e9e24b4b0bbe3738 |

| 136 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:59:34 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Duh |
| | ID: | mid.1471481974549:bc731045d56f2b9424 |

| 137 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:59:27 PM |
| | Remote party: | Andrew Rudin |
| | Text: | He's crazy as hell now! |
| | ID: | mid.1471481967470:85e9e24b51d16a4a01 |

| 138 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:59:15 PM |
| | Remote party: | Andrew Rudin |
| | Text: | And tame |
| | ID: | mid.1471481955296:bc731045cfb5ffe975 |

| 139 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:59:12 PM |
| | Remote party: | Andrew Rudin |
| | Text: | When i knew him he was married |
| | ID: | mid.1471481952905:bc731045cfb5ffe943 |

| 140 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:59:02 PM |
| | Remote party: | Andrew Rudin |
| | Text: | ;) |
| | ID: | mid.1471481942164:bc731045dcd967bf78 |

| 141 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:58:52 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Shit! I can manage Jeff young- you're a piece of cake! |
| | ID: | mid.1471481932225:85e9e24b280dd2ee47 |

| 142 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:58:44 PM |
| | Remote party: | Andrew Rudin |
| | Text: | And very high profile even though i try specifically to be low profile |
| | ID: | mid.1471481924747:bc73104526d65adc50 |

Oxygen Forensic® Detective - 9.1.1.93

| 143 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:58:23 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Moderate maintenance |
| | **ID:** | mid.1471481903277:bc731045dbb4a3a622 |

| 144 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:58:13 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | No youre not....im |
| | **ID:** | mid.1471481893086:bc731045a505df1b21 |

| 145 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:58:00 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Lol! We are ready for you! |
| | **ID:** | mid.1471481880231:85e9e24bbfdf0b6608 |

| 146 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:57:46 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Expenses i mean |
| | **ID:** | mid.1471481866113:bc7310454b0bbe3725 |

| 147 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:57:41 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I wanna come there and make some money...i have a lot of vices |
| | **ID:** | mid.1471481861765:bc731045b669474d96 |

| 148 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:57:31 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | You're welcome |
| | **ID:** | mid.1471481851731:85e9e24bbfdf0b6626 |

| 149 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 08/17/2016 06:57:20 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Thx |
| | **ID:** | mid.1471481840160:bc731045b104835402 |

| 150 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:57:11 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I'll do it. |
| | ID: | mid.1471481831465:85e9e24b2f6016f725 |

| 151 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:57:04 PM |
| | Remote party: | Andrew Rudin |
| | Text: | He hasn't gotten to you? |
| | ID: | mid.1471481824868:85e9e24bcfb5ffe975 |

| 152 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/17/2016 06:56:29 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I need that Regional application asap |
| | ID: | mid.1471481789898:bc7310452f6016f771 |

| 153 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/10/2016 12:40:41 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Thanks |
| | ID: | mid.1470854441920:1fd8476bc8d83bf016 |

| 154 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/10/2016 08:13:54 AM |
| | Remote party: | Andrew Rudin |
| | Text: | In mail today...Mail was gone yest |
| | ID: | mid.1470838434026:4e0082a3cfb5ffe965 |

| 155 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/10/2016 08:13:40 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Carol Johnson 3097140438 |
| | ID: | mid.1470838420017:4e0082a321bb9ec584 |

| 156 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/10/2016 07:53:00 AM |
| | Remote party: | Andrew Rudin |
| | Text: | If you want to give me your office managers contact info, I can deal with her over stuff like this so I don't have to bother you... |
| | ID: | mid.1470837180252:f344863b3c0c8ea184 |

| 157 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:51:34 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | :) |
| | **ID:** | mid.1470837094358:4e0082a351d16a4a74 |

| 158 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:51:24 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Oh! Lol... If you're on your way, you're doing better than Jeff! |
| | **ID:** | mid.1470837084020:f344863bc8d83bf037 |

| 159 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:50:50 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | To the office |
| | **ID:** | mid.1470837050091:4e0082a3d56f2b9407 |

| 160 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:50:41 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | You are the best.<br>Late? |
| | **ID:** | mid.1470837041961:f344863b51d16a4a87 |

| 161 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:50:31 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I'm late |
| | **ID:** | mid.1470837031194:4e0082a3bfdf0b6612 |

| 162 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:50:16 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I signed them yest.....and gave to carol, lemme see if she sent them back.... |
| | **ID:** | mid.1470837016883:4e0082a3dbb4a3a689 |

| 163 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/10/2016 07:49:41 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Did you get papers signed & back in mail? |
| | **ID:** | mid.1470836981884:f344863b35bac28a71 |

| 164 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/09/2016 11:00:17 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Sure |
| | ID: | mid.1470762017080:d13c17a23b614ab854 |

| 165 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/09/2016 10:59:11 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok thx |
| | ID: | mid.1470761951961:d857c4badcd967bf54 |

| 166 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/09/2016 10:59:04 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Yes. It was faxed yesterday. I'll do it again when I go back to office. |
| | ID: | mid.1470761944574:1fd8476b56bcae5360 |

| 167 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/09/2016 10:58:34 AM |
| | Remote party: | Andrew Rudin |
| | Text: | Jackson and Coker don't have the reference letter. Can u resend it |
| | ID: | mid.1470761914678:d857c4badcd967bf92 |

| 168 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/08/2016 07:40:28 PM |
| | Remote party: | Andrew Rudin |
| | Text: | You need to come down soon! |
| | ID: | mid.1470706828444:92c1868ba505df1b09 |

| 169 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/08/2016 07:40:04 PM |
| | Remote party: | Andrew Rudin |
| | Text: | No....I'm not sure when coming there yet |
| | ID: | mid.1470706804457:9b337c956bcae5346 |

| 170 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/08/2016 07:39:51 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I was headed til Oklahoma but changed the plans |
| | ID: | mid.1470706791688:9b337c9bfdf0b6622 |

| 171 | **Direction:** | Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:39:51 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ohhhhh! I thought you meant here! |
| | **ID:** | mid.1470706791509:92c1868babde572961 |

| 172 | **Direction:** | Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:39:07 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | No...I'm headed to rock island |
| | **ID:** | mid.1470706747026:9b337c93b614ab897 |

| 173 | **Direction:** | Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:37:41 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I would've flew you down! |
| | **ID:** | mid.1470706661547:92c1868bc8d83bf022 |

| 174 | **Direction:** | Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:37:22 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | That's fine. I have copies, I can have you sign those instead. |
| | **ID:** | mid.1470706642702:92c1868babde572972 |

| 175 | **Direction:** | Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:36:55 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Hot damn! |
| | **ID:** | mid.1470706615408:92c1868bdcd967bf91 |

| 176 | **Direction:** | Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:36:53 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Soon enuf |
| | **ID:** | mid.1470706613787:9b337c95f0ae27897 |

| 177 | **Direction:** | Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 08/08/2016 07:36:44 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I'm headed that way tonight til thurs |
| | **ID:** | mid.1470706604691:9b337c956bcae5363 |

| 178 | Direction: | Outgoing message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:36:42 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Are you coming here soon? |
| | ID: | mid.1470706602519:92c1868bb8b2cf7f17 |

| 179 | Direction: | Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:36:28 PM |
| | Remote party: | Andrew Rudin |
| | Text: | It happens to be....cause of a last minute change....;) |
| | ID: | mid.1470706587998:9b337c945d0360576 |

| 180 | Direction: | Outgoing message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:36:05 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Is that ok? |
| | ID: | mid.1470706565340:92c1868ba2681b0290 |

| 181 | Direction: | Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:36:00 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok |
| | ID: | mid.1470706560109:9b337c942bdf21c00 |

| 182 | Direction: | Outgoing message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:35:53 PM |
| | Remote party: | Andrew Rudin |
| | ID: | mid.1470706553700:54aaee9a0e57935634 |

| 183 | Direction: | Incoming message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:35:42 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Rock island |
| | ID: | mid.1470706542408:9b337c9d202ef8d77 |

| 184 | Direction: | Outgoing message |
| --- | --- | --- |
| | Time stamp (Device time -06:00): | 08/08/2016 07:35:34 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Your office |
| | ID: | mid.1470706534237:92c1868b51d16a4a89 |

Oxygen Forensic® Detective - 9.1.1.93

| 185 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/08/2016 07:35:10 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ugh...where did u overnight to |
| | ID: | mid.1470706510680:9b337c9d202ef8d24 |

| 186 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 08/08/2016 07:34:37 PM |
| | Remote party: | Andrew Rudin |
| | Text: | I overnight you some stuff today that has to be signed ASAP. Also included a return self addressed stamped envelope... Please mail back to me ASAP. Thanks. |
| | ID: | mid.1470706477692:92c1868bb8b2cf7f05 |

| 190 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 07/27/2016 12:45:03 PM |
| | Remote party: | Andrew Rudin |
| | Text: | Ok, thank you so much! |
| | ID: | mid.1469645103268:9224643e280dd2ee95 |

| 191 | Direction: | 🟠 Incoming message |
|---|---|---|
| | Time stamp (Device time -06:00): | 07/27/2016 12:44:41 PM |
| | Remote party: | Andrew Rudin |
| | ID: | mid.1469645081467:db1c4a69adef616d35 |

| 192 | Direction: | 🔵 Outgoing message |
|---|---|---|
| | Time stamp (Device time -06:00): | 07/27/2016 12:43:51 PM |
| | Remote party: | Andrew Rudin |
| | Text: | What's the address? |
| | ID: | mid.1469645031244:9224643eb104835468 |

Oxygen Forensic® Detective - 9.1.1.93

| 193 | **Direction:** | 🕐 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:43:22 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | FedEx to my office here in rock island |
| | **ID:** | mid.1469645002555:477fad653c0c8ea100 |

| 194 | **Direction:** | 🕐 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:43:08 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok |
| | **ID:** | mid.1469644988856:477fad65a505df1b20 |

| 195 | **Direction:** | ➤ Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:42:51 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok, I'm gonna set up a fed ex account & do it that way. |
| | **ID:** | mid.1469644971540:9224643e32d7069386 |

| 196 | **Direction:** | 🕐 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:42:22 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | That may be easier |
| | **ID:** | mid.1469644942224:477fad65a2681b0299 |

| 197 | **Direction:** | 🕐 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:42:13 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I can try...or FedEx to me |
| | **ID:** | mid.1469644933667:477fad6526d65adc32 |

| 198 | **Direction:** | ➤ Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:42:04 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Can you? |
| | **ID:** | mid.1469644924157:9224643e42bdf21c38 |

| 199 | **Direction:** | 🕐 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:41:55 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok |
| | **ID:** | mid.1469644915639:477fad6556bcae5391 |

| 200 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/27/2016 12:41:38 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | If I send you forms to sign can you email it back in color? Scan & email in color... |
| | **ID:** | mid.1469644898599:9224643ebfdf0b6616 |

| 201 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:13:12 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Okay |
| | **ID:** | mid.1469013192260:893719c2bfdf0b6661 |

| 202 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:13:06 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | To 7/1/16 |
| | **ID:** | mid.1469013186329:b4e529e2d56f2b9444 |

| 203 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:12:56 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok |
| | **ID:** | mid.1469013176223:893719c23b614ab829 |

| 204 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:12:42 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Any chance you can resign & change the date? |
| | **ID:** | mid.1469013162928:b4e529e2c16e77db38 |

| 205 | **Direction:** | 🟠 Incoming message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:12:07 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | K |
| | **ID:** | mid.1469013127989:893719c2b8b2cf7f72 |

| 206 | **Direction:** | 🔵 Outgoing message |
| --- | --- | --- |
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:11:03 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Of course you will have to party with us while you're here too! |
| | **ID:** | mid.1469013063521:b4e529e2a2681b0214 |

Oxygen Forensic® Detective - 9.1.1.93

| 207 | **Direction:** | Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:10:32 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Ok, thanks. |
| | **ID:** | mid.1469013032020:b4e529e2dcd967bf09 |

| 208 | **Direction:** | Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:10:22 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I will figure it out soon |
| | **ID:** | mid.1469013022729:893719c23c0c8ea159 |

| 209 | **Direction:** | Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:09:54 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | When can I fly you down to sign some charts? |
| | **ID:** | mid.1469012994480:b4e529e2b669474d39 |

| 210 | **Direction:** | Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:09:29 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | K |
| | **ID:** | mid.1469012969967:893719c23b614ab819 |

| 211 | **Direction:** | Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/20/2016 05:08:02 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Thanks! I have several things that I need original signatures on that I will mail you & you can mail me back... Is that ok? |
| | **ID:** | mid.1469012882084:b4e529e2dbb4a3a638 |

| 212 | **Direction:** | Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/19/2016 09:44:52 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | What else do I gotta do |
| | **ID:** | mid.1468986292749:adbf58e0bfdf0b6679 |

| 213 | **Direction:** | Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/19/2016 09:44:45 PM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | I emailed u the signature.page |
| | **ID:** | mid.1468986285207:adbf58e02f6016f714 |

| 214 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/18/2016 09:43:19 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | It's my mailboxes etc<br>...3926 with touhy Ave 357 Lincolnwood IL 60712 |
| | **ID:** | mid.1468856599429:f55609ced56f2b9479 |

| 215 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/18/2016 09:42:37 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Alright... Give me your home address where I can mail you stuff to sign... Please. |
| | **ID:** | mid.1468856557033:976052c4b104835460 |

| 216 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/18/2016 09:41:54 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Can it be in a few wks |
| | **ID:** | mid.1468856514906:f55609cea2681b0204 |

| 217 | **Direction:** | 🟠 Incoming message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/18/2016 09:41:38 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | This weekend is bad |
| | **ID:** | mid.1468856498679:f55609ced56f2b9451 |

| 218 | **Direction:** | 🔵 Outgoing message |
|---|---|---|
| | **Time stamp (Device time -06:00):** | 07/18/2016 08:32:05 AM |
| | **Remote party:** | Andrew Rudin |
| | **Text:** | Any chance I can fly you down this week or weekend?? |
| | **ID:** | mid.1468852325000:687f31a2b104835412 |