Oxygen Forensic® Detective - 9.1.1 93

**2538** | iMessage - Inbox | iMessage
Description: (No description)
From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): 12/30/2016 2:35:20 PM
To: Kristie Gutgsell <+17312672836>
Remote party: Jeff Young <+17313941734>
Direction: Incoming | Read status: Read | Deleted: No
Lo

**2539** | iMessage - Inbox | iMessage
Description: (No description)
From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): 12/30/2016 2:35:18 PM
To: Kristie Gutgsell <+17312672836>
Remote party: Jeff Young <+17313941734>
Direction: Incoming | Read status: Read | Deleted: No
Yeah... the perfect preceptor

**2540** | iMessage - Sent | iMessage
Description: (No description)
From: Kristie Gutgsell <+17312672836> | Time stamp (Device time --6:00): 12/30/2016 2:35:05 PM
To: Jeff Young <+17313941734>
Remote party: Jeff Young <+17313941734>
Direction: Outgoing | Read status: Read | Deleted: No
He's so difficult to nail down on anything.

**2541** | iMessage - Inbox | iMessage
Description: (No description)
From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): 12/30/2016 2:28:11 PM
To: Kristie Gutgsell <+17312672836>
Remote party: Jeff Young <+17313941734>
Direction: Incoming | Read status: Read | Deleted: No
You know my schedule better than I

683

GX 216.0001

Oxygen Forensic® Detective - 9.1.1 93

**2542** | iMessage - Inbox | iMessage
**Description:** (No description)
**From:** Jeff Young <+17313941734> | **Time stamp (Device time --6:00):** 12/30/2016 2:27:50 PM
**To:** Kristie Gutgsell <+17312672836>
**Remote party:** Jeff Young <+17313941734>
**Direction:** Incoming | **Read status:** Read | **Deleted:** No
You can

**2543** | iMessage - Sent | iMessage
**Description:** (No description)
**From:** Kristie Gutgsell <+17312672836> | **Time stamp (Device time --6:00):** 12/30/2016 2:26:21 PM
**To:** Jeff Young <+17313941734>
**Remote party:** Jeff Young <+17313941734>
**Direction:** Outgoing | **Read status:** Read | **Deleted:** No
I'll plan with Rudin when is good for him unless you want too.

**2544** | iMessage - Inbox | iMessage
**Description:** (No description)
**From:** Jeff Young <+17313941734> | **Time stamp (Device time --6:00):** 12/30/2016 2:25:53 PM
**To:** Kristie Gutgsell <+17312672836>
**Remote party:** Jeff Young <+17313941734>
**Direction:** Incoming | **Read status:** Read | **Deleted:** No
Perfect....

**2545** | iMessage - Sent | iMessage
**Description:** (No description)
**From:** Kristie Gutgsell <+17312672836> | **Time stamp (Device time --6:00):** 12/30/2016 2:25:38 PM
**To:** Jeff Young <+17313941734>
**Remote party:** Jeff Young <+17313941734>
**Direction:** Outgoing | **Read status:** Read | **Deleted:** No
I can fly you for free from Jackson. I'll give you enough cash from Preventagenix Rich will never know.

Oxygen Forensic® Detective - 9.1.1 93

**2546 | iMessage - Inbox**

Description: (No description)

| From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): | 12/30/2016 2:25:01 PM |
|---|---|---|

To: Kristie Gutgsell <+17312672836>

Remote party: Jeff Young <+17313941734>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ok

**2547 | iMessage - Sent**

Description: (No description)

| From: Kristie Gutgsell <+17312672836> | Time stamp (Device time --6:00): | 12/30/2016 2:24:44 PM |
|---|---|---|

To: Jeff Young <+17313941734>

Remote party: Jeff Young <+17313941734>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Ok- good.
I'm going to have to fly you to Chicago soon- pick a weekend. I need tons of stuff signed by Rudin again. It's impossible to get him to sign & mail back.

**2548 | iMessage - Inbox**

Description: (No description)

| From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): | 12/30/2016 2:23:41 PM |
|---|---|---|

To: Kristie Gutgsell <+17312672836>

Remote party: Jeff Young <+17313941734>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Sorry it's Jan ... Friday the 13th

**2549 | iMessage - Sent**

Description: (No description)

| From: Kristie Gutgsell <+17312672836> | Time stamp (Device time --6:00): | 12/30/2016 2:22:24 PM |
|---|---|---|

To: Jeff Young <+17313941734>

Remote party: Jeff Young <+17313941734>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

The 13th is a Monday

685

GX 216.0003

Oxygen Forensic® Detective - 9.1.1 93

**2550** | iMessage - Sent | iMessage

**Description:** (No description)

| From: Kristie Gutgsell <+17312672836> | Time stamp (Device time --6:00): | 12/30/2016 2:21:21 PM |

**To:** Jeff Young <+17313941734>

**Remote party:** Jeff Young <+17313941734>

| Direction: Outgoing | Read status: Read | Deleted: No |

Good what time?

**2551** | iMessage - Inbox | iMessage

**Description:** (No description)

| From: Jeff Young <+17313941734> | Time stamp (Device time --6:00): | 12/30/2016 2:20:54 PM |

**To:** Kristie Gutgsell <+17312672836>

**Remote party:** Jeff Young <+17313941734>

| Direction: Incoming | Read status: Read | Deleted: No |

Yes ..... meeting with him in Nashville Feb Friday 13th

**2552** | iMessage - Sent | iMessage

**Description:** (No description)

| From: Kristie Gutgsell <+17312672836> | Time stamp (Device time --6:00): | 12/30/2016 2:20:05 PM |

**To:** Jeff Young <+17313941734>

**Remote party:** Jeff Young <+17313941734>

| Direction: Outgoing | Read status: Read | Deleted: No |

Did you get the signed contract to Nashville attorney?

686

GX 216.0004