

Andrew Rudin MD Retweeted

**Thomas Kline MD, PhD** @ThomasKlineMD · Mar 14

"Thomas F. Kline, M.D. writes: Deaths from narcotic overdoses usually involve multiple, non-prescribed, street drugs, not pain medicines prescribed by caring doctors." spectator.org/never-let-an-o...
#opioidcrisis
#opioid

Never Let an Opioid Crisis Go to Waste
When the Commission on Combating Drug Addiction and the Opioid Crisis advised the President to declar...
🔗 spectator.org

💬 10    🔁 109    ♡ 247    ⬆