

**Andrew Rudin MD** @AndrewRudinMD · Apr 16

Praying for you to have the charges dropped and justice to prevail

> **ledhedd** @Ledhedd
>
> Replying to @Borelmedwriter
>
> I'm an anesthesiologist and pain physician who is sitting at home on my ass because of illegitimate federal charges related to the care of Chronic Pain Patients. I should be helping Covid 19 patients in the Detroit area where people are dying every hour.

💬 1   🔁 1   ♡ 1