

**PreventaGenix**
*Keeping you YOUNG at Heart*

JEFF YOUNG, M.S.N., A.P.N., F.N.P-BC
DEA MY1093434
NPI 1205879764

APRIL DOWNING, M.S.N., A.P.N., F.N.P-BC
DEA MD1923829
NPI 1982843231

DR. ALEX ALPEROVICH
DEA BA 3301289
NPI 1164759189

162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
Rx Calls: 731-300-0044 · Fax: 731-300-0045

Rx FOR Tricia Stoppell        DATE 04/29/16
                              Fill on 4/30/16

Oxycodone 10 mg #90 PO tid
                          #90
                          4/30/2016

REFILL 0 TIMES                ☐ D.A.W.
LABEL                         ☑ ALLOW SUB.

Copies Plus



**PreventaGenix**
*Keeping You YOUNG at Heart*

JEFF YOUNG, M.S.N., A.P.N., F.N.P-BC.
DEA MY 1093424
NPI 1205879764

APRIL DOWNING, M.S.N., A.P.N., F.N.P-BC.
DEA MD1923829
NPI 1982843231

ANDREW RUDIN, MD
DEA BR5636507
NPI 1255373452

162 MURRAY GUARD DRIVE, SUITE B
JACKSON, TENNESSEE 38305
RX CALLS: 731-300-0044 · FAX: 731-300-0045

3/10/22

R FOR John Hudson      DATE 9-14-16

Oxycodone 30mg sig ĩ PO qid
#120 (one hundred twenty)

REFILL ___ TIMES
LABEL

D.A.W.
ALLOW SUB

Copies Plus



(second copy, inverted — same prescription)





DOJ_PREVAGENTIX-0106287829



DOJ_PREVAGENTIX-0106287830





DOJ_PREVAGENTIX-0106287831





DOJ_PREVAGENTIX-0106287833






DOJ_PREVAGENTIX-0106287835

Received From: SureScript

**PHIPPS PHARMACY #4**
19 HUGHES DRIVE
JACKSON, TN 38305          PH: 731-668-90

```
Patient: HUDSON,D,JOHN
Address: 12 JEFF DRIVE
         JACKSON, TN, 38305
                                        Date written: 01-13-17
                                        Date          DOB: 03-10-72
                                                      Phone: 731-882-9848
------------------------------------------------------------
Drug: GABAPENTIN 300MG CAPSULES
QTY: THIRTY                                           QTY: 30 Capsule
NDC: 69336-0106-11
Refills: 0
Sig: TAKE 1 PO @ HS FOR CHRONIC PAIN                  DAW: 0
------------------------------------------------------------
Doctor:  RYAN,TRINA
Address: 400 US HIGHWAY 45 W
         THREE WAY, TN, 383431560
                                        Phone: 731-660-6915
                                        Fax:   731-668-4557
                                        DEA#:  FR4477053
                                        NPI#:  126585943
                                        License#:
------------------------------------------------------------
Supervisor: DR. ALLEN,YOW,MISTY
Address:    400 US HIGHWAY 45 W
            THREE WAY, TN, 383431560
                                        Phone: 731-784-7773
                                        Fax:   731-668-4557
                                        DEA#:  FA0046727
                                        NPI#:  1801950225
                                        License#:
------------------------------------------------------------
Msg ID#: 8e690f4c442340ea90a429902e32d9f7
Prescriber Agent: RYAN,TRINA             SPI#: 6092876278019
Authorized By: RYAN,TRINA
```

**PHIPPS PHARMACY #4**
10 HUGHES DRIVE
JACKSON, TN   38305   (731) 668-9072                    DEA: FP1060010

JOHN HUDSON                              Rx: 004-1095239    DW: 1-13-17
1212 JEFF DR                             Refills Left: 0    1-14-17
JACKSON, TN                              DOB: 3-10-72   RPh: RMH   *ORIGINA
GABAPENTIN - 300MG                                         #30     QW:#30
NDC: 69097-0814-12              38305    Bill: CRR    DS: 30   ELECTRONIC Rx
Price: $4.57       Copay: $1.50   Dr,DEA: FR4477053
Dr. RYAN, TRINA                   Dr. State License: B
Dr. Phone:  (731) 784-7773        HUMBOLDT TN 383431560
400 US HIGHWAY 45 W

TAKE ONE CAPSULE BY MOUTH AT           TIME:
BEDTIME FOR CHRONIC PAIN               DATE:
                                       DAW: 0

DOJ_PREVAGENTIX-0106287836











DOJ_PREVAGENTIX-0106287839



**preventaGenix** — 162 Murray Guard Drive, Suite B, Jackson, Tennessee 38305
RX Calls: 731-300-0044 • Fax: 731-300-0045
Jeff Young, M.S.N., A.P.N., FN-P-BC. — DEA MY 1093424 — NPI 1205879764
Dr. Alex Alperovich — DEA BA 3301289 — NPI 1164759189

3/10/72

Rx FOR John Hudson    DATE 2/16/16
LF 1/21
Oxycodone 30mg ī po qid #120 xp

REFILL___TIMES   LABEL   ☐ D.A.W.   ☐ ALLOW SUB.

---

12 Jeff dr Jax TN

**PreventaGenix** — 162 Murray Guard Drive, Suite B, Jackson, Tennessee 38305
RX Calls: 731-300-0044 • Fax: 731-300-0045
Jeff Young, M.S.N., A.P.N., FN-P-BC. — DEA MY 1093424 — NPI 1205879764
Dr. Alex Alperovich — DEA BA 3301289 — NPI 116...

To Soon fill
1-22-16
3-10-72

Rx FOR John Hudson    DATE 01/20/16
Oxycodone 30mg # 120 sig: ī po Qid

REFILL___TIMES   LABEL   ☐ D.A.W.   ☒ ALLOW SUB.

DOJ_PREVAGENTIX-0106287840










DOJ_PREVAGENTIX-0106287843