✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Tennessee

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| ANDREW RUDIN, M.D. | Case Number: 1:23-cr-10028-JDB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Daniel Breen | Katherine Payerle | Nishay Sanan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/29/2023- Sentence | Kristi Heasley | Blair Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/29/2023 | Y | Y | Govt Ex 1-USB-Audio of Rudin Interview |
| 2 | | 11/29/2023 | Y | Y | Govt Ex 2-Copies of emails to Board of Nursing & Supervision Contract |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages