| UNITED STATES GOVERNMENT | MEMORANDUM |
|---|---|

DATE:       December 29, 2023

TO:         United States District Court Clerk
            Western District of Tennessee

ATTN:       Case Manager for US District Judge

            ___Breen_____

FROM:       Wanda B. Thedford
            Operations Support Specialist
            United States Marshals Service

SUBJECT:    Notification of Prisoner Designation

The below defendant(s) has been designated.  Please submit an Order to Surrender date to my attention.

| DEFENDANT | CASE NO. | DATE TO V/S: |
|---|---|---|
| Rudin, Andrew | 23-10028 | 1/23/24 |

Institution Name:

FCI Terre Haute
4200 Bureau N
Terre Haute, IN  47808