# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                        **CASE NO.     1:23-cr-10028-JDB**

**ANDREW RUDIN,**

    **Defendant.**

---

## ORDER TO SURRENDER

---

Defendant, **ANDREW RUDIN**, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Terre Haute, 4200 Bureau N., Terre Haute, IN 47808** no later than **JANUARY 23, 2024 by 12:00 Noon.**

**IT IS FURTHER ORDERED** that upon receipt of two copies of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed stamped self-addressed envelope, acknowledging that he has received a copy of this Order, and that he will report as ordered to the facility named above.

**ENTERED** this the 2nd day of January, 2024.

                                                                s/ J. DANIEL BREEN
                                                      UNITED STATES DISTRICT JUDGE

IN RE:   **ANDREW RUDIN– 1:23-cr-10028-JDB**

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                    _____
Date                                                                                  Defendant Signature